PROB 12B
ED/AR (8/2002)

**United States District Court**

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 28 2009

JAMES W. McCORMACK, CLERK
By:_____ 
                    DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Virgil Pierre Doss                     Case Number:  4:99CR00207-004 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
                                        United States District Judge

Offense:              Aiding and abetting the distribution of cocaine base

Date of Sentence:     June 11, 2001

Sentence:             90 months Bureau of Prisons, 60 months supervised release, mandatory drug testing, substance abuse treatment, abstain from alcohol use throughout treatment, employment requirement, support children, and $100 special penalty assessment

Type of Supervision:  Supervised release          Date Supervision Commenced:  October 26, 2007
                                                  Expiration Date:  October 25, 2012

Asst. U.S. Attorney:  Jana Harris                 Defense Attorney:  Jerome Kearney

U.S. Probation Officer:  Robert L. Gwin
Phone No.:  501-604-5270

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and supervision of the U.S. Probation Office.**

### CAUSE

On October 26, 2007, Mr. Doss was placed on supervised release. On December 7, 2008, Mr. Doss began bi-weekly group substance abuse counseling at Family Service Agency. He successfully completed group substance abuse treatment on March 6, 2008. On April 9, 2008, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. He signed an admission of drug use form admitting he smoked marijuana on March 28, 2008. Mr. Doss requested he be allowed to attend substance abuse counseling to address his substance abuse issue. On April 23, 2008, Mr. Doss began attending weekly individual substance abuse counseling at Family Service Agency. On May 19, 2008, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss subsequently signed an admission

Case 4:99-cr-00207-SWW   Document 194   Filed 08/28/09   Page 2 of 5

Prob 12B                          -2-                    Request for Modifying the
                                                         Conditions or Terms of Supervision
                                                         with Consent of the Offender

Name of Offender:  Virgil Pierre Doss              Case Number:  4:99CR00207-004 SWW

of drug use form indicating he smoked marijuana on May 15, 2008. Mr. Doss agreed to begin attending group substance abuse counseling in addition to individual substance abuse counseling.

On July 1, 2008, Mr. Doss admitted to smoking marijuana on June 20, 2008, and subsequently signed an admission of drug use form. Mr. Doss agreed to enter residential substance abuse treatment. Mr. Doss entered residential substance abuse treatment at Recovery Centers of Arkansas on July 21, 2008. He successfully completed the program on August 18, 2008.

On April 10, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. He denied using any illegal substance. The specimen was sent to Kroll Laboratories and confirmed positive. When confronted with the confirmation results, Mr. Doss admitted to smoking marijuana on April 3, 2009, and subsequently signed an admission of drug use form. On April 29, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on April 28, 2009, and subsequently signed an admission of drug use form. Mr. Doss agreed to attend outpatient substance abuse treatment.

On May 21, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on May 15, 2009. Mr. Doss was verbally reprimanded and re-instructed regarding his conditions of supervision. He was continued in outpatient counseling.

On May 27, 2009, Mr. Doss failed to report for random drug testing as scheduled. He was verbally reprimanded and re-instructed regarding his conditions of supervision.

On June 3, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on May 21, 2009. Mr. Doss' outpatient substance abuse treatment was increased to include participation in intensive outpatient.

On June 25, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on June 12, 2009. Mr. Doss was verbally reprimanded and re-instructed regarding his conditions of supervision. He was continued in intensive outpatient treatment.

On July 15, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on July 14, 2009. Mr. Doss was verbally reprimanded and re-instructed regarding his conditions of supervision. He was continued in intensive outpatient treatment.

On July 30, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. Mr. Doss admitted to smoking marijuana on July 19, 2009. Mr. Doss was afforded an opportunity to go inpatient or receive a modification of his conditions to include placement at a residential re-entry center for up to six months. Mr. Doss elected placement at a halfway house. He was again verbally reprimanded and re-instructed regarding his conditions of supervision.

Case 4:99-cr-00207-SWW   Document 194   Filed 08/28/09   Page 3 of 5

Prob 12B                              -3-                    Request for Modifying the
                                                          Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Virgil Pierre Doss          Case Number: 4:99CR00207-004 SWW

Mr. Doss was unsuccessfully terminated from intensive outpatient treatment on August 5, 2009, after failing to attend his scheduled counseling sessions on June 25; July 8, 15, 16, 27 and 30; and August 3 and 4, 2009.

Mr. Doss failed to report for random drug testing on August 5 and 13, 2009.

On August 14, 2009, Mr. Doss submitted a urine specimen which tested positive for the presence of marijuana. The specimen was forwarded to Kroll Laboratories for confirmation and returned a positive result on August 17, 2009.

On August 14, 2009, Mr. Doss signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release. Contact was made with Assistant Federal Public Defender Jerome Kearney on August 18, 2009, the modification was discussed and he had no objections.

_____        _____
Robert L. Gwin                          Jana Harris
U.S. Probation Officer                  Assistant U.S. Attorney

Date: August 24, 2009                   Date: 8/25/09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

8-28-09
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B -4- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Virgil Pierre Doss        Case Number: 4:99CR00207-004 SWW

Approved:

_____
Supervising U.S. Probation Officer

RLG/jkr

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and supervision of the U.S. Probation Office.**

Witness: *Andrew Ellis*
U.S. Probation Officer

Signed: *Virgil Cass*
Probationer or Supervised Releasee

8-14-2009 RC
DATE